Case 2:17-cr-00480-RAH-SMD   Document 374   Filed 01/21/24   Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Atravius Smith | )<br>)<br>)<br>)<br>)<br>)<br>) Case No: 2:17cr480-RAH-04<br>) USM No: 17360-002<br>)<br>) David Windell Vickers<br>)    *Defendant's Attorney* |
| Date of Original Judgment: 09/20/2018<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  120  months **is reduced to**  112  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

This term consists of 60 months as to Count 1 and 52 months as to Count 3, all such terms to run consecutively.

Except as otherwise provided, all provisions of the judgment dated  09/20/2018  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  01/21/2024

*Judge's signature*

Effective Date:  02/01/2024
*(if different from order date)*

R. Austin Huffaker, United States District Judge
*Printed name and title*